UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:17-cv-80439-KAM

HOWARD COHAN,

    Plaintiff,

vs.                                                                                                     INJUNCTIVE RELIEF SOUGHT

SHIRAZ, INC., a Florida Profit Corporation,
d/b/a/ HILTON PALM BEACH AIRPORT,

    Defendant(s).
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, HOWARD COHAN and the Defendant, SHIRAZ, INC., a Florida Profit Corporation, d/b/a/ HILTON PALM BEACH AIRPORT, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismiss this action with prejudice against SHIRAZ, INC., a Florida Profit Corporation, d/b/a/ HILTON PALM BEACH AIRPORT; (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement; and (4) the Court shall retain jurisdiction to enforce the terms of the Parties' Settlement Agreement.

RESPECTFULLY SUBMITTED January 23, 2018.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By /s/ Robert Blanchfield |
| Gregory S. Sconzo, Esq. | Robert E. Blanchfield, Esquire |
| Florida Bar No.: 0105553 | Florida Bar Number: 0361800 |
| The Law Office of Gregory S. Sconzo, P.A. | bob@blanchfieldlawfirm.com. |
| 5080 PGA Boulevard, Suite 213 | ROBERT BLANCHFIELD, P.A. |
| Palm Beach Gardens, FL 33408 | 127 West Fairbanks Ave. |
| Telephone: (561) 729-0940 | Suite 272 |
| Facsimile: (561) 491-9459 | Winter Park, FL 32789 |
| **Email:** sconzolaw@gmail.com | (407) 497-0463 Phone |
| Attorney for Plaintiff | |

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 23, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                          **/s/ Gregory S. Sconzo**
                                          **Gregory S. Sconzo, Esq.**