UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-80439-CIV-MARRA

HOWARD COHAN,

    Plaintiff,

v.

SHIRAZ, INC., a Florida Profit Corporation,
d/b/a/ HILTON PALM BEACH AIRPORT,

    Defendant.
_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

This Cause is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice (DE 18). The Court has reviewed the Stipulation and the record and is otherwise fully advised in the premises. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**.[1] Each party shall bear their own fees and costs except as provided in the parties' settlement agreement. The Clerk of this Court shall **CLOSE** this case. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 24th day of January, 2018.

                              KENNETH A. MARRA
                              United States District Judge

---

[1] Pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), because the Stipulation was not conditioned by the entry of an order retaining jurisdiction, such as by expressly requesting or requiring the Court to retain jurisdiction (but instead sought to extend the jurisdiction of the Court by agreement/stipulation only), the Court cannot retain jurisdiction to enforce the terms of the parties' settlement agreement.